MC-275

Name: Leonardo Garcia Millan
Address: P.O. Box 799002
480 ALTA Rd.
San Diego, CA. 92179-9002
CDC or ID Number: F64349

FILING FEE PAID  Yes ___ No X
IFP MOTION FILED  Yes ___ No X
COPIES SENT TO  Court ___ ProSe X

FILED
JUL - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Southern District Of California.
(Court)

Leonardo Garcia Millan
Petitioner
vs.
Warden Hernandez
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. 08CV1185-L (PCL)
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

THOMSON
WEST

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

**This petition concerns:**

- [ ] A conviction
- [x] A sentence
- [ ] Jail or prison conditions
- [ ] Other (specify): ____
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: Leonardo Garcia Millan
2. Where are you incarcerated? R.J. Donavan
3. Why are you in custody?  [x] Criminal Conviction  [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   N/A.

   b. Penal or other code sections: 288.
   c. Name and location of sentencing or committing court: Superior Court Of San Diego, CA.
   d. Case number: HC 19307 - SCD 203471.
   e. Date convicted or committed: N/A.
   f. Date sentenced: March, 28, 2007.
   g. Length of sentence: 20 years with "3" Strikes.
   h. When do you expect to be released? Not applicable in this particular Time.
   i. Were you represented by counsel in the trial court?  [x] Yes.  [ ] No. If yes, state the attorney's name and address:
   N/A. - Unknown at this time.

4. What was the LAST plea you entered? (check one)

   [ ] Not guilty  [x] Guilty  [ ] Nolo Contendere  [ ] Other: ____

5. If you pleaded not guilty, what kind of trial did you have? N/A.

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**                                                MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

California Penal Code: 1385 Discretion Case Law. People V. Garcia (1999).

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what *time (when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

I was convicted and sentenced to 20 years with "3" Strikes. This is indeed a 14th Amendment right violation. An 8th Amendment right violation as well as a 6th Amendment right violation. This is a flagrant abuse of 1385 Discretion. The 9th circuit affirmed and the supreme Court upheld and severely cautioned the 4th and 2ND District as to these Discretion Abuses figuratively this an unfair and illegal Sentence Structer. The trial court showed its excercising of 1385 discretion in a arbitrary capricious or patently absurd manner that resulted in a illegal Sentencing Structer.

"Go To Next pg" ⟶

b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

ON GROUND ONE:

Also there was no emphasis placed on the fact this was a first offense there by blatantly disregarding the 9th circuits appeal to the Second district and the 4th district, revealing the enevadibility of reversal or meritorious grounds for reversal, the caution was placed on the 4th district to reveal a absurd pattern of 1385 discretion abuses.

7. Ground 2 or Ground (if applicable): MC-275

8th Amendment right violation:

a. Supporting facts:

As a first offense the sentencing Judge overarched his Judicial powers. No where in the history of California Sentencing Law is there a case where a defendant bieng a first termer has entered into arbitration as to "3" Strikes actually Sticking or bieng a permanent part of a plea agreement: SE: Wilding V. State Of California - (1996) 4th Dis. People V. Trower, 6 dis. Mo, people V. Brown 2003 Cal Lexis 6516 CCAL, Aug. 27. This also is a form of coercion in that this sentence "Currently" and any other conviction Would be mandated: it is a due process error, this sentence must be set aside and reconsidered! it Cannot and will Not Stand. This is reversable error and it is substantial. And the Law does mandate such relief as is equivalent to the damages accrued, in this paticular instance the defendant has suffered invariable under such illegal sentencing arbitration, in all actuality a misdemanor offense was commited against the defendant if not only for the sole Purpose of future convictions this sentence must be vacated, and relief ordered. - Respectfully.

b. Supporting cases, rules, or other authority:

GROUND THREE: <u>14th Amendment right Violation.</u>

"<u>Supporting Facts</u>": clearly the sentenceing structure indicates revesable error. The damage accrued is accumulative, and if not adressed incurable: My constitutionally protected & Inalienable guaranteed the 14th Amendment right was violated when the sentencing Judge did not fullfill the statutes criterea to the fullest extent of the LAW! Obviously I was not protected under my 14th Amendment right's. This is nothing short of a due process violation, again the sentence must be set aside and reconsidered. Respectfully, Defendant would also pray the Courts take into consideration the defendant has already accrued damage personally suffering under said arbitration. The damage accrued fall under multiple Juristictions, it also fall under civil procedure the defendant however shall be satisfied with the finding of reversable error, and sent back to the trial Judge for a setting aside of this illegal arbitration and resentence, with substantial relief. Anything else under these circunstance would be unacceptable: The 4th District continses to blatantly disregard the 9th circuit Court of Appeals resprimands and cautions.

GROUND FOUR: <u>6th Amendment right Violation:</u>

SUPPORTING FACTS: <u>Obviously Court room administration was breached, fundementally there is no court room administration if this inalienable right is obstructed. This is the apex of "Due process" if all entities in the court of Law are not working conclusively for this protected right. There is and was No Justice, The sentence therefore must be reversed. this is also strongly up-held in the commission on Judicial performance, These flagrant right violation actually teeter on Judicial misconduct, no one given attorney could be oblivious to such blatant disregard to constitutionally protected rights. The supreme court it self has severely cautioned against such systematic errosion of federally protected right's. We adressed the procedural prerequisite for the declaration of against penal intrest exception.</u>

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): **Superior Court of California.**
   b. Result **No issues to appeal.**   c. Date of decision: **Nov. 27, 07**
   d. Case number or citation of opinion, if known: **Court of Appeal No. D050996 // SCD 203471**
   e. Issues raised: (1) **Not Applicable in this particular instance.**
      (2) _____
      (3) _____
   f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:
   _____

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:
   a. Result **No issues to appeal**   b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: **N/A.**

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review: **N/A in this particular instance.**

    b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(Attach order or explain why unavailable)*: _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(Attach order or explain why unavailable)*: _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

_____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
N/A.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 6-27-2008

▶ *Leonardo Millan*
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 6 of 6

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED JUL -2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

**I (a) PLAINTIFFS**

Leonardo Garcia Millan

**DEFENDANTS**

Hernandez, warden

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Leonardo Garcia Millan F-64349
PO Box 799002
San Diego, CA 92179

**ATTORNEYS (IF KNOWN)**

08CV1185-L (PCL)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395R) | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE          Docket Number

DATE                    [signature]                    SIGNATURE OF ATTORNEY OF RECORD