FILED

2008 AUG 28 PM 4:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 154530    - TC
* * C O P Y * *
August 28, 2008
15:48:04

Habeas Corpus
USAO #.: 08CV1185
Amount.:                    $5.00 MO
Check#.: 10179861170


Total-> $5.00


FROM: HABEUS CORPUS