# UNITED STATES DISTRICT COURT

### Southern District of California

Leonardo Garcia Millan

                              Plaintiff,

v.                                                      Case No.: 3:08–cv–01185–L–PCL

                                                      Judge  M. James Lorenz

Hernandez

                              Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court DISMISSES this case without prejudice and without further leave to amend. If Petitioner wishes to proceed with this claims, he may file a new habeas petition, which will be given a new civil case number, if and when he exhausts his state court remedies.

                                                                         W. Samuel Hamrick, Jr.,
                                                                          Clerk of the Court

Date: 9/9/08

                                                                   By: s/ M. Jenkins, Deputy Clerk

                                                                 ENTERED ON: September 9, 2008